# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-2180

_____

IVEY CROSBY a/k/a Rudolph
Rock,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


September 25, 2020


PER CURIAM.

Petitioner's "motion for emergency release," docketed July 27, 2020, is treated as a petition for writ of habeas corpus and is denied on the merits.

ROBERTS, OSTERHAUS, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Ivey Crosby, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.